| | |
|---|---|
| 1 | Arameh Zargham O'Boyle (SBN: 239495) |
| 2 | azoboyle@mintz.com<br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.** |
| 3 | 2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 |
| 4 | Telephone: (310) 586-3200<br>Facsimile: (310) 586-3202 |
| 5 | |
| 6 | Attorneys for Defendant<br>STRYKER CORPORATION |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D. MALAMA CHOCK,<br><br>                   Plaintiff,<br>vs.<br><br>STRYKER CORPORATION, a Michigan Corporation; STRYKER ORTHOPAEDICS, an entity of unknown form; and DOES 1 THROUGH 50,<br><br>                   Defendants. | Case No. 1:21-CV-00996-DAD-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT**<br>(Doc. 6) |

      This Stipulation is made and entered into between Plaintiff D. Malama Chock ("Plaintiff") and Defendant Stryker Corporation ("Stryker"), by and through their respective counsel, with reference to the following:

      1.    WHEREAS, on March 12, 2021, Plaintiff filed her Complaint (the "Complaint") in the above-referenced matter in the Superior Court of California, County of Kern, Case Number BCV-21-100563-TSC;

      2.    WHEREAS, on June 23, 2021, Stryker timely removed this action to this Court;

      3.    WHEREAS, Stryker's current deadline to file a response to the Complaint is June 30, 2021.

      4.    WHEREAS, Plaintiff and Stryker met and conferred regarding potential amendments and revisions to the Complaint in order to avoid unnecessary motion practice;

5.     WHEREAS, pursuant to Federal Rule of Civil Procedure Rule 15(a)(1), Plaintiff has agreed to file a First Amended Complaint within twenty-one (21) days, no later than July 20, 2021;

6.     WHEREAS, pursuant to Federal Rule of Civil Procedure Rule 15(a)(3), Stryker will file a response to Plaintiff's First Amended Complaint within fourteen (14) days, no later than August 3, 2021;

THEREFORE, Plaintiff D. Malama Chock and Stryker Corporation hereby stipulate that Plaintiff will file a First Amended Complaint no later than July 20, 2021 and Stryker Corporation will file a response to the First Amended Complaint no later than August 3, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 30, 2021 | LAW OFFICE OF D. JOSHUA STAUB |
| | /s/ D. Joshua Staub (as authorized on 6/30/2021) |
| | D. Joshua Staub |
| | Attorneys for Plaintiff |
| | D. MALAMA CHOCK |
| Dated: June 30, 2021 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | /s/ Arameh Zargham O'Boyle |
| | Arameh Zargham O'Boyle |
| | Attorneys for Defendant |
| | STRYKER CORPORATION |

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, it is hereby ordered that Plaintiff D. Malama Chock will file a First Amended Complaint no later than July 20, 2021 and Defendant Stryker Corporation will file a responsive pleading by no later than August 3, 2021.

IT IS SO ORDERED.

Dated: __**July 1, 2021**__  _____**/s/ Jennifer L. Thurston**__
                                         CHIEF UNITED STATES MAGISTRATE JUDGE