D. Joshua Staub, Bar No. 170568
Law Office of D. Joshua Staub
13015 Washington Boulevard
Los Angeles, CA 90066
Telephone:  (310) 929-5269

Attorney for Plaintiff D. Malama Chock

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. MALAMA CHOCK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION, A MICHIGAN CORPORATION; STRYKER ORTHOPAEDICS, AN ENTITY OF UNKNOWN FORM; STRYKER GMBH, A SWISS COMPANY,<br><br>　　　　　　Defendants. | Case No. 1:21-CV-00996-DAD-JLT<br><br>**[PROPOSED] ORDER CLOSING THE ACTION AS TO STRYER ORTHOPAEDICS AND STRYKER GMBH ONLY**<br><br>(Doc. 9) |

Stipulation for Dismissal

**[Proposed] Order**

The parties stipulated to the action being dismissed as to Stryker Orthopaedics and Stryker GMBH only.  (Doc. 11) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action as to **Stryker Orthopaedics and Stryker GMBH only**.

IT IS SO ORDERED.

Dated:   **August 9, 2021**            _ /s/ Jennifer L. Thurston
                                         CHIEF UNITED STATES MAGISTRATE JUDGE